**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

No. 1:26-cv-01369

**Morales Perez,**
*Petitioner,*

v.

**Facility Director, T. Don Hutto Residential Center, et al.,**
*Respondents.*

## FINAL JUDGMENT

On August 19, 2026, the Court denied Petitioner's Petition for Writ of Habeas Corpus. Accordingly, as all issues in the cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is ordered that the Petition for Writ of Habeas Corpus is DENIED. Nothing remains to resolve, and the case is closed.

The clerk's office is directed to close this case.

*So ordered by the Court on August 19, 2026.*

ANDREW DAVIS
United States District Judge