UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

No. 1:26-cv-01369

**Morales Perez,**
*Petitioner,*

v.

**Facility Director, T. Don Hutto Residential Center,**
*Respondents.*

## ORDER

This Court treated Petitioner's untimely habeas petition as timely-filed and, after reviewing the merits of his petition, denied his requested relief on August 19, 2026. *See* ECF No. 11. Petitioner now moves the Court to alter or amend the judgment, advancing the same arguments as put forward in his petition. For the same reasons found in its previous order, the Court DENIES Petitioner's motion to alter or amend, *see* ECF No. 13.

The Court GRANTS Petitioner's motion to proceed on appeal *in forma pauperis*.

The Clerk is directed to mail a copy of this Order to Petitioner using the address found on the motion to alter or amend the judgment.

*So ordered by the Court on October 6, 2026.*

ANDREW DAVIS
United States District Judge